FILED

APR 30 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>NORMAN EDGARDO PEREZ,<br><br>Defendant. | Case No. 18-mj-70598 EDL<br><br>Charging District: District of Connecticut<br>Charging District's Case No.: 3:18-cr-81-MPS |
|---|---|

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: 141 Church St. | Courtroom No.: |
|---|---|
| New Haven, CT 06510 | Date and Time: 5/21/18 at 12:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: April 30, 2018

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge